IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE JOSEF LEE JOHNSON, | ) | No. C 15-02956 EJD (PR) |
| Plaintiff. | ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |

On June 25, 2015, Plaintiff filed two letters that were construed as an action pursuant to 42 U.S.C. § 1983.[1] (Docket Nos. 1 and 2.) On the same day, the Clerk sent Plaintiff a notice that he had not filed an In Forma Pauperis ("IFP") application or a proper complaint, and they needed to be filed within twenty-eight days or else the case would be dismissed. (Docket Nos. 3 & 4.) The deadline has passed and Plaintiff has not filed the required documents. Accordingly, Plaintiff's case is DISMISSED.

The Clerk shall terminate any pending motions and close the file.

DATED:    8/26/2015

EDWARD J. DAVILA
United States District Judge

---

[1] This matter was reassigned to this Court on August 18, 2015, after Plaintiff failed to consent to proceed before a magistrate judge. (Docket No. 7.)

Order of Dismissal
02956Johnson_dism-ifp&compl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE JOSEF LEE JOHNSON,            No. C 15-02956 EJD (PR)

    Plaintiff.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ____8/27/2015_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s)hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Josef Lee Johnson**
AI0496
RJ Donovan Correctional Facility
C-15-1224
480 Alta Road
San Diego, CA 92179

DATED: _____8/27/2015_____
                                Richard W. Wieking, Clerk
                                /s/ Elizabeth Garcia, Deputy Clerk